# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MOHAMMED SHAMSUDIN HUSSEIN,

   Petitioner,

v.                                                No. 2:26-cv-1123-SMD-LF

FNU LNU,

   Respondent.

## ORDER DIRECTING AMENDMENT

Before the Court is Petitioner's document titled "Affidavit in Support of Fee Waiver Request" (Doc. 1).   It appears Petitioner is in immigration detention and seeks to have the filing fee waived in this Court, but he has not filed a Complaint or Petition.   *See* (Doc. 1) (noting Petitioner's A-Number).   The Clerk's Office mailed Petitioner a form § 2241 petition on April 13, 2026.   Petitioner shall return the completed § 2241 petition, or a different complaint form if he does not seek habeas relief under § 2241, within twenty-one days of entry of this Order. Petitioner should include details about what relief he seeks, including what process he has received in Immigration Court if he seeks relief relating to his immigration detention.   The Petition may attach any orders or documents from the Immigration Court, which are helpful in resolving § 2241 claims.   The failure to timely file a petition stating what claims Petitioner is pursuing may result in dismissal of this case without prejudice and without further notice.

   **IT IS THEREFORE ORDERED** that **within twenty-one (21) days** of entry of this Order, Petitioner must file an amended Section 2241 petition as set forth above.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE