# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MOHAMMED SHAMSUDIN HUSSEIN,

     Petitioner,

v.                                                                                No. 2:26-cv-1123-SMD-LF

FNU LNU,

     Respondent.

## <u>ORDER OF DISMISSAL</u>

This matter is before the Court on Petitioner Mohammed Shamsudin Hussein's failure to cure deficiencies as directed in this habeas proceeding. Petitioner initiated this proceeding by filing a document titled "Affidavit in Support of Fee Waiver Request" (Doc. 1). By an Order Directing Amendment entered April 17, 2026, the Court noted that it appears Petitioner is in immigration detention and seeks to have the filing fee waived in this Court, but he has not filed a Complaint or Petition. (Doc. 2). The Court directed Petitioner to return the § 2241 petition form that was mailed to him by the Clerk's Office, or a different complaint form if he does not seek habeas relief under § 2241, within twenty-one days. *Id.* The Order warns that failure to timely comply may result in dismissal of this case. *Id.*

The deadline to file an amended petition was May 8, 2026. Petitioner did not comply, show cause for such failure, or otherwise respond to the Order. Accordingly, the Court will dismiss this case under Fed. R. Civ. P. 41(b) for "failure to prosecute or comply with the [ ] court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). This dismissal is without prejudice to refiling.

**IT IS THEREFORE ORDERED** that this civil habeas case is **DISMISSED without prejudice**; and the Court will enter a separate judgment closing the case.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE