## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MOHAMMED SHAMSUDIN HUSSEIN,

    Petitioner,

v.                                                                  No. 2:26-cv-1123-SMD-LF

FNU LNU,

    Respondent.

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, **IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE